IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ROBINSON,

    Petitioner,                      No. CIV S-10-1410 GEB CKD P

    vs.

LARRY SMALL,

    Respondent.                    ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. He seeks an extension of time in which to file a traverse. Good cause appearing, the request will be granted.

        In addition, petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

\\\\

\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (Docket No. 32) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2. Petitioner's motion for an extension of time (Docket No. 33) is granted; and

3 Petitioner shall file his traverse on or before September 23, 2011.

DATED: August 5, 2011

/s/ Carolyn K. Delaney

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
robi1410.eot.aoc